Entered: October 23rd, 2019
Signed: October 23rd, 2019

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re: | * | CASE NO.: 19-20978 |
| KAREN BELGIN WHITE | * | |
|     Debtor | * | CHAPTER 13 |
| | * | |
| KAREN BELGIN WHITE | * | |
|     Movant | * | |
| | * | |
| v. | * | |
| STATE OF MARYLAND, THE | * | |
| COMPTROLLER OF TREASURY | * | |
| 301 West Preston Street, Room 409 | * | |
| Baltimore, MD 21201 | * | |
|     Respondent | * | |

### AMENDED ORDER AVOIDING JUDICIAL LIEN OF STATE OF MARYLAND, COMPTROLLER OF TREASURY AS IMPAIRING EXEMPTION

**UPON CONSIDERATION,** of the motion of Karen Belgin White/ Movant, against State of Maryland, Comptroller of Treasury, for the avoidance and cancellation of a judicial lien in favor of State of Maryland, Comptroller of Treasury, against the debtor's interest in her residential real property and improvements known as 110 Riverside Drive, Cambridge, Maryland, 21613 and it appearing to the court that the judicial lien in favor of State of Maryland, Comptroller of Treasury,

respondent, impairs the exemption to which the debtors are entitled; it is therefore by the United States Bankruptcy Court for the District of Maryland

**ORDERED** that motion filed by Karen Belgin White, Debtor/ Movant, to avoid a judicial lien in favor of State of Maryland, Comptroller of Treasury, respondent, against the debtor's interest in her residential real property and improvements known as 110 Riverside Drive, Cambridge, Maryland, 21613, be, and the same is hereby, granted; and be it further

**ORDERED** that the judicial lien arising from the case styled ***State of Maryland Comptroller of Maryland v. Karen White****,* in the Circuit Court of Maryland for Dorchester County bearing Case No. C-09-JG-18-000363 against the real property and improvements known as 110 Riverside Drive, Cambridge, Maryland, 21613, be, and the same are hereby, avoided, released, and canceled in its entirety as an impairment of the debtor's allowable exemptions.

**ORDERED**, This Order may be recorded by the Clerk.

cc:
U.S. Trustee Office
101 West Lombard Street
Baltimore, MD 21201
Ustpregion04.ba.ecf@usdoj.gov

Robert Thomas II, Chapter 13 Trustee
300 E. Joppa Road, Suite #409
Towson, MD 21286
inquiries@ch13balt.com

Candy L. Thompson, Esquire
201 N. Charles Street, Suite 804
Baltimore, MD 21201

State of Maryland
The Comptroller of Treasury
301 West Preston Street, Room 409
Baltimore, MD 21201
Respondent

Brian Frosh, Esquire
200 St. Paul Place
Baltimore, MD 21202
Maryland Attorney General

Peter Franchot
Comptroller of Maryland
80 Calvert Street
P.O. Box 466
Annapolis, MD 21404-0466

Brian Oliner, Esquire
80 Calvert Street, Room 303
Annapolis, MD 21404
Assistant Attorney General
Counsel to the Comptroller

Dalanna Taylor
Toya Jones
1303 River Birch Place,
Accokeek, MD 20607

**END OF ORDER**